**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00276-CR**
**NO. 09-20-00277-CR**

_____

### EX PARTE JORGE ARTURO MAR JR.

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 20-09-11180-CR & 18-10-13648-CR**

### MEMORANDUM OPINION

Jorge Arturo Mar Jr. appealed from orders denying his applications for a writ of habeas corpus, in which he sought reduction of pretrial bond. The District Clerk subsequently notified this Court that appellant has been tried by jury and convicted in both cases. Issues regarding pretrial bail are moot when the accused is no longer subject to pretrial confinement. *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Bennet v. State*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.). Accordingly, we dismiss these appeals as moot.

APPEALS DISMISSED.

PER CURIAM

Submitted on June 22, 2021
Opinion Delivered June 23, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.